**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R.1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0830-15T3

MUNOZ TRUCKING CORP.,

    Plaintiff-Respondent,

v.

KNIGHTBROOK INSURANCE CO.,

    Defendant-Appellant.

_____

Submitted June 6, 2017 — Decided June 16, 2017

Before Judges Messano, Suter and Grall.

On appeal from the Superior Court of New Jersey, Chancery Division, Essex County, Docket No. L-7594-12.

Grant Law Group, L.L.C., attorneys for appellant (Gary D. Grant and Janet S. Del Gaizo, on the briefs).

Lamb Kretzer, L.L.C., attorneys for respondent (Robert D. Kretzer, on the brief).

PER CURIAM

    The court having been advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION